HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA FARLEY, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ADECCO USA, INC., and RESTAURANT REVOLUTION TECHNOLOGIES, INC, jointly and severally,<br><br>Defendants. | No. 2:18-cv-01185 RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Virginia Farley, by and though her counsel of record, hereby dismisses the above-entitled action, including all claims and causes of action against all parties, without prejudice.

DATED this 26th day of September, 2018.

By: *s/Elizabeth A. Hanley*
Elizabeth A. Hanley, WSBA # 38233
Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271
Email: ehanley@reedlongyearlaw.com
Attorney for Plaintiff

By: *s/Rod M. Johnston*
Jason J. Thompson, *pro hac vice*
Rod M. Johnston, *pro hac vice*
Sommer Schwartz, P.C.
One Town Square, Suite 1700
Southfield, MI 48076
Tel. (248) 327-3814
Email: jthompson@sommerspc.com
Email: rjohnston@sommerspc.com
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:18-cv-01185 RAJ
Page 1 of 2

REED LONGYEAR
REED LONGYEAR MALNATI AHRENS, PLLC
801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271  Fax: (206) 624-6672

## CERTIFICATE OF SERVICE

I, Jason Proctor, certify and declare that I am now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to testify as a witness. I am a Paralegal employed with the Reed Longyear Malnati & Ahrens, PLLC. On September 26, 2018, I served the within document(s):

- Notice of Voluntary Dismissal

| *Attorney for Defendants* | |
|---|---|
| Peter H. Nohle | ☐ Via Legal Messenger |
| Jackson Lewis P.C. | ☐ Via Facsimile |
| 520 Pike Street, Suite 2300 | ☐ Via Electronic Mail |
| Seattle, WA 98101 | ☐ Via U.S. Mail |
| Phone: (206) 405-0405 | ☒ Via Electronic Filing/E-service |
| Facsimile: (206) 405-4450 | |
| Email: peter.nohle@jacksonlewis.com | |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED September 26, 2018.

By: /s/ Jason Proctor
Jason Proctor, Paralegal
Reed Longyear Malnati & Ahrens, PLLC
801 Second Ave., Ste. 1415
Seattle, WA 98104
Tel. (206) 624-6271
Fax (206) 624-6672
Email: jproctor@reedlongyearlaw.com

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:18-cv-01185 RAJ
Page 2 of 2

REED LONGYEAR | REED LONGYEAR MALNATI AHRENS PLLC
801 Second Avenue, Suite 1415
Seattle, Washington 98104-1517
(206) 624-6271  Fax: (206) 624-6672